IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GRETA CRAWFORD                       §
                                     §
              Plaintiff,             §
                                     §
VS.                                  §        NO. 3-09-CV-0994-K
                                     §
UNITED STATES OF AMERICA,            §
et al.                               §
                                     §
              Defendants.            §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge in accordance with

28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of

the Magistrate Judge are correct, and they are hereby accepted as the Findings of the

Court.   Plaintiff's Objections to the 3/10/10 Findings and Recommendations, filed on

March 30, 2010, are hereby **OVERRULED.**

SO ORDERED.

Signed: March 31st, 2010.


_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE